UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 12 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PAULINE P. PISTERZI CANDELL )
)
5100 W. GRAND AVE #745 )
)
CHICAGO, IL. 60639 )
(Name of the plaintiff or plaintiffs) )
)
v. )
SHIFTGIG BULLPEN TEMP. EMP. AGCY )
1101 W. FULTON MARKET, CHICAGO, IL. )
60607 )
AND )
ACKLAND FINANCIAL GROUP )
9801 W. HIGGINS ROAD )
ROSEMONT, IL. 60018 )
(Name of the defendant or defendants) )

1:17-cv-03620
Judge Milton I. Shadur
Magistrate Judge Mary M. Rowland

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is PAULINE P. PISTERZI CANDELL of the county of COOK in the state of ILLINOIS.

3. The defendant is SHIFTGIG BULLPEN TEMP. EMP. AGCY 1101 W. FULTON MARKET (312)313-4322 CHICAGO, COOK, IL. 60607, ~~whose~~ AND ~~street address is~~ ACKLAND FINANCIAL GROUP 9801 W. HIGGINS ROAD,

(city) ROSEMONT (county) COOK (state) IL (ZIP) 60018

(Defendant's telephone number) (847) - 598-7221

4. The plaintiff sought employment or was employed by the defendant at (street address)

9801 W. HIGGINS ROAD (city) ROSEMONT

(county) COOK (state) IL (ZIP code) 60018

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) July , (day)_____, (year) 2016 .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about

    (month) FEBRUARY (day) 6 (year) 2017 .

    (ii) ☐ the Illinois Department of Human Rights, on or about

    (month)_____ (day)_____ (year)_____ .

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

Case: 1:17-cv-03620 Document #: 1 Filed: 05/12/17 Page 3 of 8 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue,* which was received by the plaintiff on (month) FEBRUARY (day) 22 (year) 2017 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

Case: 1:17-cv-03620 Document #: 1 Filed: 05/12/17 Page 4 of 8 PageID #:4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☒ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

h) ☒ EQUAL PAY.

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

_____
_____
_____
_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

- DEFENDANTS WITH HELD COMMISSIONS.
- DEFENDANTS ISSUED INFERIOR CONTRACT FOR COMMISSION COMPENSATION FROM TEMP TO HIRE AT AFG.
- AFG HARRASSED PLAINTIFF FOR CHARGEBACKS OF OVER $1000.00 THAT DEFENDANTS RCV'D COMPENSATION FOR.
- SHIFTGIG RETALIATED AGAINST UNEMPLOYMENT CLAIM

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES  ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

  (a) ☐ Direct the defendant to hire the plaintiff.
  (b) ☐ Direct the defendant to re-employ the plaintiff.
  (c) ☐ Direct the defendant to promote the plaintiff.
  (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
  (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
  (f) ☒ Direct the defendant to (specify): COMPENSATION FOR UNLAWFUL HARRASSMENT, DAMAGES DUE TO

5

Case: 1:17-cv-03620 Document #: 1 Filed: 05/12/17 Page 6 of 8 PageID #:6
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

WITH HOLDING COMMISSIONS; NOT RCVG QUALITY WORK ENTITLEMENT. ie: Derogatory credit reporting, workplace issues, discrimination, and retaliation

(g) [X] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X] Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
*Pauline P. Pisturzi Candell*

(Plaintiff's name)
PAULINE P. PISTERZI CANDELL

(Plaintiff's street address)
5100 W. GRAND AVENUE

745

(City) CHICAGO (State) IL (ZIP) 60639

(Plaintiff's telephone number) (773) – 510-4170

Date: May 12, 2017

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Form 161 (11/16)     **U.S. Equal Employment Opportunity Commission**

## Dismissal and Notice of Rights

To: Pauline Pisterzi Candell
5100 W. Grand Ave., Unit 745
Chicago, IL 60639

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2017-01959 | Brandi Kraft, Investigator | (312) 869-8153 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*/s/ Julianne Bowman*     2/22/17

Enclosures(s)     **Julianne Bowman, District Director**     (Date Mailed)

cc:
Chief Executive Officer
SHIFTGIG BULLPEN TEMPORARY EMPLOYMENT AGENCY
1101 West Fulton Market
Chicago, IL 60607

EEOC Form 161 (11/16)         **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Pauline Pisterzi Candell<br>5100 W. Grand Ave., Unit 745<br>Chicago, IL 60639 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

☐   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2017-01961 | Brandi Kraft,<br>Investigator | (312) 869-8153 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____      2/22/17
**Julianne Bowman,**                 (Date Mailed)
**District Director**

Enclosures(s)

cc:
     **Chief Executive Officer**
     **ACKLAND FINANCIAL GROUP**
     9801 W. Higgins Road
     Rosemont, IL 60018